**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOWANDA HOLDEN, Administrator of the estate of CRYSTAL BOYETT, and the wrongful death beneficiaries of CRYSTAL BOYETT, deceased.** **PLAINTIFFS**

**VS.** **CASE NO. 4:26-cv-184**

**WHITE COUNTY, ARKANSAS; PHILLIP MILLER, Individually and in his Official Capacity as the Sheriff of White County; STACY COBB; MATTHEW RAINWATER; and AMBER SEARS; JOHN DOES 1-5** **DEFENDANTS**

**AGREED PROTECTIVE ORDER**

1. Confidential information obtained from County Defendants by Plaintiff shall be used only for the purpose of the present litigation and for no other purpose, and shall not be given, shown, made available or communicated in any way to anyone except Qualified Persons.

2. Confidential Information includes, without limitation:

    a. Any confidential material disclosed in any pleading, motion, deposition transcript, brief, exhibit, settlement agreement, or filing with the Court which shall be maintained under seal. To the extent such confidential filing is capable of redaction, the redaction version of the document is to be filed on the public docket, with the unredacted version delivered in hard copy to the Clerk's Office for filing under seal. The redacted version of a confidential filing may include, when necessary, slip sheets appropriately labeled "UNDER SEAL" to indicate the exhibits or other materials that have been omitted in their entirety from the filing due to filing under seal.

b. Documents, video recordings, and audio recordings, including but not limited to, personnel files, employment records, medical records, of the inside of the White County Detention Center containing sensitive and/or confidential personal information containing personal information, such as social security numbers, personal contact information, medical information, dates of birth, addresses, or other personal identifiers not related to official duties and scope of employment, and other matters requested by a party now or later.

c. Any information produced by a party and declared by the party at the time of production to be Confidential Information. Materials that are designated as confidential that do not fall into one of the specific categories named in Section 2(a) or 2(b), to the extent possible, should be designated as confidential, or if Bates numbers are used, documents may be designated as confidential by Bates numbers. A party may oppose a confidentiality designation in writing within ten (10) days of the designation, at which time the parties shall engage in a good faith effort to resolve the issue, and may move to remove the confidentiality designation only if negotiations fail.

3. Except with the prior written consent of County Defendants, no confidential information may be disclosed to any person other than Qualified Persons.

4. Qualified Persons include Jowanda Holden, any current or future counsel of record for Jowanda Holden in this action, secretaries, professional assistants, experts, and other employees of counsel, court personnel, witnesses at trial or deposition, and the jury.

5. This Agreement shall continue to be binding through and after the conclusion of the litigation as a contract between the parties. No later than three (3) years after the conclusion of

this litigation (including appeal), Plaintiff and Plaintiff's counsel shall destroy all confidential information, including correspondence, memoranda, notes, videos, or any other documents or videos embodying such information, in whole or in part. All Qualified Persons are barred from disclosing in any manner any Confidential Information obtained during the course of this proceeding, and barred from its use in any other proceedings.

6. Documents, video recordings, and audio recordings that are entirely confidential may need to be filed with the Court and must be filed with the Clerk of this Court under seal. To the greatest extent possible, documents or videos containing confidential information shall be filed in a redacted form pursuant to Fed. R. Civ. P. 5.2 so that those portions of the document or video containing confidential information will not be visible to the public.

7. This Agreement contains the full, entire, final and exclusive agreement, understanding, and stipulation between Plaintiff and Defendants.

8. ANY DOCUMENT FILED UNDER SEAL WILL BE EMAILED IN ITS UNREDATED FORM TO THE COURT AT Stacy_Hatfield@ared.uscourts.gov ALONG WITH THE CASE NAME AND NUMBER, THE ECF DOCKET NUMBER, AND THE EXHIBIT NUMBER (IF APPLICABLE) IN THE SUBJECT LINE.

IT IS SO ORDERED on this 10th day of September, 2026.

HONORABLE JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

**Counsel for Defendants**
Jamie Jones Walsworth, #2003125
Daniel Woodyard, #2024128
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Ave., Suite 2000
Little Rock, Arkansas 72201
(501) 370-1430 – phone
(501) 244-5347 – fax
jjones@fridayfirm.com
dwoodyard@fridayfirm.com

**Counsel for Plaintiffs**
James Simpson, Jr.
SIMPSON & SIMPSON
200 N. Spring Street
Searcy, AR 72143
(501) 279-9292
jsimpson@simpsonfirm.com